IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| HELEN ANDERSON, | |
| Plaintiff, | CIVIL ACTION NO.: 2:21-cv-10 |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis*. Doc. 2.  After careful consideration, the Court finds Plaintiff meets the requirements set forth in 28 U.S.C. § 1915.  Accordingly, the Court **GRANTS** Plaintiff's Motion and permits Plaintiff to proceed *in forma pauperis*.

As Plaintiff is proceeding in this matter *in forma pauperis*, IT IS HEREBY **ORDERED** that a copy of Plaintiff's Complaint and a copy of this Order shall be served upon Defendant by the United States Marshal without prepayment of cost.  The United States Marshal is hereby directed to serve a copy of the Complaint and a copy of this Order upon Defendant, the Attorney General of the United States, and the United States Attorney for the Southern District of Georgia without prepayment of cost.  Pursuant to Federal Rule of Civil Procedure 4(i)(1), the United States Attorney may be personally served or served by registered or certified mail addressed to the civil process clerk at the office of the United States Attorney, and the Attorney General may be served by registered or certified mail.  Pursuant to Federal Rule of Civil Procedure 4(i)(2),

service may be perfected on Defendant by registered or certified mail.  The Court **DIRECTS** the Clerk of Court to mail a courtesy copy of this Order and Plaintiff's Complaint to the United States Attorney for the Southern District of Georgia.

**SO ORDERED**, this 29th day of January, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA