UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| HELEN ANDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:21-CV-10 |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security,* | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

THIS CAUSE is before the Court upon the unopposed motion of Defendant to remand this case to the Acting Commissioner of Social Security (Commissioner) for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the grounds urged in support thereof, it is

**ORDERED and ADJUDGED** that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner. Upon remand, the Appeals Council shall instruct the Administrative Law Judge to obtain vocational expert testimony to determine if there are other jobs for which the claimant can perform in significant numbers in the national economy. The Administrative Law Judge shall offer the claimant an opportunity for a new hearing and issue a new decision.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 3 day of January, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA